## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| MARTIN ROBINSON, | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF, | |
| v. | Civil Action No.  3:23-CV-1663 |
| 3M COMPANY, | |
| DEFENDANT. | |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff incorporates by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019.  Pursuant to Pretrial Order No. 17, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff may include: (a) additional claims and allegations against Defendant, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff further alleges as follows:

## I.  **DEFENDANT**

1.  Plaintiff names the following Defendant in this action:

   __X__      3M Company

## II.  **PLAINTIFF**

2.  Name of Plaintiff:

   | MARTIN ROBINSON |
   |---|

3.  Name of spouse of Plaintiff (if applicable to loss of consortium claim):

   | Not applicable. |
   |---|

4.  Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

   | Not applicable. |
   |---|

5.  State(s) of residence of Plaintiff:

   | NORTH CAROLINA |
   |---|

## III.  **JURISDICTION**

6.  Basis for jurisdiction (diversity of citizenship or other):

| DIVERSITY OF CITIZENSHIP |
|---|

7.   Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

| United States District Court for the Eastern District of North Carolina, Raleigh Division |
|---|

## IV.   USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8.   Plaintiff used the Dual-Ended Combat Arms Earplug:

    __X__        Yes

    _____        No

## V.   INJURIES

9.   Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

    _____        Hearing loss

    _____        Sequelae to hearing loss

    __X___        Other [specify below]:

| Tinnitus and any and all related sequelae |
|---|

## VI.   CAUSES OF ACTION

10.   Plaintiff adopts in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long

Form Complaint and Jury Trial Demand:

   __X__       Count I – Design Defect – Negligence

   __X__       Count II – Design Defect – Strict Liability

   __X__       Count III – Failure to Warn – Negligence

   __X__       Count IV – Failure to Warn – Strict Liability

   __X__       Count V – Breach of Express Warranty

   __X__       Count VI – Breach of Implied Warranty

   __X__       Count VII – Negligent Misrepresentation

   __X__       Count VIII – Fraudulent Misrepresentation

   __X__       Count IX – Fraudulent Concealment

   __X__       Count X – Fraud and Deceit

   __X__       Count XI – Gross Negligence

   __X__       Count XII – Negligence Per Se

   __X__       Count XIII – Consumer Fraud and/or Unfair Trade Practices

   _____       Count XIV – Loss of Consortium

   __X__       Count XV – Unjust Enrichment

   __X__       Count XVI – Punitive Damages

   _____       Count XVII – Other [specify below]

11.     If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff asserts the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12.     Plaintiff contends that additional parties may be liable or responsible for Plaintiff's damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13.     Plaintiff asserts the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff prays for relief and judgment against Defendant and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff may be entitled.

Date: JANUARY 25, 2023

                      **DOUGLAS & LONDON, P.C.**

                By:    */s/ Virginia E. Anello*
                      VIRGINIA E. ANELLO (VA-8197)
                      59 Maiden Lane, 6th Floor
                      New York, NY 10038
                      Ph: (212) 566-7500
                      Fax: (212) 566-7501
                      Email: vanello@douglasandlondon.com

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff hereby demands trial by jury as to all issues.


_/s/ Virginia E. Anello_
VIRGINIA E. ANELLO (VA-8197)